Philip R. Sellinger
Todd L. Schleifstein
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Ph: (973) 360-7900
Attorneys for Defendant
Toshiba America Consumer Products, L.L.C.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAWRENCE MANN and ROBERT STEWART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C. and TOSHIBA AMERICA, INC.,<br><br>Defendants. | Civil Action No. 07-3854 (JAG) (MCA)<br><br>**AMENDMENT TO**<br>**PRETRIAL SCHEDULING ORDER** |

This matter having been brought before the Court jointly by plaintiff Robert Stewart, through his attorneys, Szaferman, Lakind, Blumstein, Blader & Lehmann, P.C., and by defendant Toshiba America Consumer Products, L.L.C., through its attorneys, Greenberg Traurig, LLP, by letter dated October 6, 2008, seeking further amendment of the Court's December 14, 2007 Pretrial Scheduling Order, as amended by the Court's June 11, 2008 and July 21, 2008 Order (collectively, the "Scheduling Orders"); and for good cause shown;

It is on this 7 day of Oct , 2008:

ORDERED that the following paragraphs of the Scheduling Orders be and hereby are further amended.

## I. DISCOVERY AND MOTION PRACTICE

1. Class discovery is to remain open through **December 1, 2008**. No discovery is to be issued or engaged in beyond that date, except upon application and good cause.

## II. EXPERTS

7. All affirmative expert reports shall be delivered by **January 2, 2009**, with depositions of those experts to be taken and completed **within twenty (20) days of receipt of report**. Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

8. All responding expert reports shall be delivered by **February 17, 2009**, with depositions of those experts to be taken and completed **within twenty (20) days of receipt of report**.

## IV. MISCELLANEOUS

21. **FAILURE TO FOLLOW THIS DISCOVERY SCHEDULE WILL RESULT IN SANCTIONS PURSUANT TO FED. R. CIV. P. 16(F) AND 37.**

All other provisions of the Scheduling Order shall remain in effect.

HON. MADELINE COX ARLEO
United States Magistrate Judge

Original: Clerk of the Court
cc: All parties
    Deputy Clerk
    File

*Tel. status call on Dec. 8, 2008 at 4:00pm.*